JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| SHARE OUR SELVES CORPORATION, a California non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SANTA ANA,<br><br>Defendant. | CASE NO. 8:23-cv-00504-DOC-KES<br><br>**ORDER DISMISSING ACTION (F.R.C.P. RULE 41 (A)(1))  [114]** |
|---|---|

## ORDER

Upon the Stipulation of the parties to dismiss the entire action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), and good cause appearing from the foregoing Stipulation, the Court HEREBY ORDERS AND DECREES as follows:

1. The Action filed by Plaintiff Share Our Selves Corporation is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 29, 2025

*David O. Carter*
Hon. David O. Carter
Judge, United States District Court